IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                                                     ORDER

            Plaintiff,

                                                    08-cr-101-bbc

    v.                                                  09-cv-423-bbc

KENYOTTA JONES,

            Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

       Defendant Kenyotta Jones has filed a petition under 28 U.S.C. § 2255 to vacate the sentence imposed on him on December 18, 2008, but he has not said anything in the petition about why the sentence is illegal, as he must do if he is to have any chance of obtaining relief.

       I will give defendant until August 3, 2009, in which to add to his petition to set out any reasons why he believes that his sentence was illegal or unconstitutional. Defendant should keep in mind that, because he did not appeal from his sentence, he will have to show that he had cause for not appealing and that he will be prejudiced if he is not allowed to bring his challenge to his sentence in a post-conviction motion under § 2255.

1

ORDER

IT IS ORDERED that defendant Kenyotta Jones may have until August 3, 2009, in which to file a supplement to his petition for relief under 28 U.S.C. § 2255, explaining why his sentence is illegal or unconstitutional. If he fails to file such a supplement, this petition will be dismissed.

Entered this 14th day of July, 2009.

BY THE COURT:

/s/ Barbara B. Crabb
_____
BARBARA B. CRABB
District Judge